Adam W. Cook, ABA #0611071
Jennifer C. Alexander, ABA #9511058
Gregory S. Fisher, ABA #9111084
Birch, Horton, Bittner and Cherot
1127 West 7th Avenue
Anchorage, AK  99501
(907) 276-1550
acook@bhb.com
jalexander@bhb.com
gfisher@bhb.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IAN BORGE, CARY AITKEN, MICHAEL BEARDSLEY BRANDON GIROUX, GARTH HITCHINGS, VICKI MARCOTT, ROSANNE METHOD, DENNIS MINSHALL, ROBERT MOE, PENNY RISBY, and LAWRENCE WOOD, )<br><br>Plaintiffs,<br><br>vs.<br><br>GETRONICS USA INC. and GETRONICS WANG CO., LLC,<br><br>Defendants. | Case No.: 3:07-CV-105(TMB) |

**JOINT STATUS REPORT ON SETTLEMENT (re: Order at Docket 119)**

The parties to the above-captioned matter, through their respective undersigned counsel, respectfully file this Joint Status Report on Settlement in accordance with the Court's order at docket 119 filed December 18, 2008. The parties participated in mediation before Judge (retired) Eric Sanders on February 4,

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

2009, and have reached a settlement. The parties are now in the process of drafting settlement closing papers. The parties will file a stipulated dismissal once the settlement closing papers have been finalized and executed, and the settlement terms satisfied.

DATED this 6th day of February, 2009.

BIRCH, HORTON, BITTNER and CHEROT

By:    /s/ Gregory S. Fisher
Gregory S. Fisher
1127 West Seventh Avenue
Anchorage, Alaska 99501
Telephone: (907) 276-1550
Facsimile: (907) 276-2822
gfisher@bhb.com
ABA # 9111084
Attorneys for Defendants

SEAVER & WAGNER, LLC

By:    /s/ Timothy W. Seaver
Timothy W. Seaver
Seaver and Wagner, LLC
421 W. 1st Ave., Suite 250
Anchorage, AK 99501
Telephone: (907) 646-9033
Facsimile: (907) 276-8238
tseaver@seaverwagner.com
ABA #9711092
Attorney for Plaintiffs

By:    /s/ Andrew M. Lebo
Andrew M. Lebo,
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 276-8275
Facsimile: (907) 278-4848
amlebo@juno.com
ABA #9011106
Attorney for Plaintiffs

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2009, a true and correct copy of the foregoing document was served via ECF on the following parties:

Timothy Seaver, Esq.
Seaver & Wagner LLC
421 W. 1st Avenue Suite 250
Anchorage, AK 99501
tseaver@seaverwagner.com

Andrew M. Lebo, Esq.
425 G Street # 920
Anchorage, AK 99501
amlebo@juno.com

BIRCH, HORTON, BITTNER AND CHEROT

By:     /s/ Gregory S. Fisher
        Gregory S. Fisher

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680